BRITANNIA SHIPPING CORPORATION v. GLOBE AND RUTGERS FIRE INSURANCE COMPANY OF THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of MURRAY B. MACHLIN for Mandamus Order against the Directors and Trustees and Each of Them, in Liquidation and Dissolution of INTERNATIONAL GERMANIC COMPANY, LTD., a New York Corporation.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

GIUSEPPE LOIACONO and Another v. ROSARIO DE SIMONE and Others, Impleaded etc.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of HARRY M. DURNING for a Peremptory Mandamus Order against PATRICK J. REVILLE, as Superintendent of Buildings of the Borough of The Bronx, and Others, and VINCENT P. REDDEN.— Motion denied, with ten dollars costs to the petitioner. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

JACOB W. LOEB v. WILLIAM FOX.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

COMMISSIONER OF PUBLIC WELFARE OF THE CITY OF NEW YORK on Complaint of DOROTHY MURPHY v. PETER LAHENEY.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of SCHEER REALTY Co., INC., to Vacate and Suppress a Subpœna Issued by JAMES A. HIGGINS, Commissioner of Accounts of the City of New York.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and O'Malley, JJ.

BERTRAM A. UNGER v. FIRST NATIONAL SAVINGS BANK CORPORATION OF PEST, BUDAPEST, Also Known as PESTI HAZAI ELSO TAKAREKPENZTAR-EGYESULET.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

SAMUEL A. GUIBERSON, JR., v. PERCY M. CHANDLER.— Motion denied, with ten dollars costs. Present — Finch, P. J., Merrell, O'Malley and Sherman, JJ.

THE BANK OF UNITED STATES v. BROADWAY BLOCK CORPORATION, Impleaded, etc.— Motion granted on condition that the appeal be brought on for argument on May 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ETHEL P. PRIMON and Another.— Motion granted so far as to extend appellants' time to serve and file the record on appeal and appellants' points up to and including April 29, 1931, with notice of argument for May 12, 1931. Order entered March 13, 1931, vacated. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRED MARKS.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.

BENJAMIN A. MOLDOFF v. LENATAN REALTY COMPANY, INC.— Motion granted, without costs. Present — Finch, P. J., Merrell, McAvoy, Martin and Townley, JJ.